In the Matter of EDWARD BAIN, as Secretary-Treasurer of United Retail & Wholesale Employees Union, Local 305, C.I.O., an Unincorporated Association, Respondent, against WILLIAM J. KELLEY, Respondent, and KEITH LORENZ et al., Individually and Constituting the New York State Labor Relations Board, et al., Appellants.

VAN VOORHIS, J. (dissenting). The crux of the question in this case appears to be, not that the Labor Relations Board has determined an appropriate bargaining unit for the assistant store managers having the same geographical scope as that for the employees whom they hire and discharge, but rather that it cannot have been the intention of the State Labor Relations Act (Labor Law, art. 20) or of section 17 of article I of the State Constitution to permit such managers to be represented by the same union which represents the employees over whom they have unquestioned supervisory power. The petition should be dismissed.

Peck, P. J., Callahan and Shientag, JJ., concur in decision; Van Voorhis, J., dissents in opinion, in which Cohn, J., concurs.

Order affirmed, with $20 costs and disbursements. No opinion.

FREDERICK E. MOSKOVICS, Appellant, v. ARTHUR W. HERRINGTON, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Cohn, Callahan, Van Voorhis and Shientag, JJ.

MAX BROOME, Appellant, v. GOLDA V. BROOME, Respondent.— Judgment unanimously modified by dismissing the first counterclaim and as so modified affirmed, with costs to the respondent. No opinion. Settle order on notice. Present — Peck, P. J., Cohn, Callahan and Van Voorhis, JJ.

EUGENE N. SANCTUARY, Appellant, v. DOROTHY S. THACKREY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Cohn, Callahan, Van Voorhis and Shientag, JJ. [189 Misc. 724.]

CLAIRE A. SHALLER, Appellant, v. GOTHAM SANITARIUM, INC., Respondent.— The applicability of the Workmen's Compensation Law and the separate defenses to the causes of action alleged in the complaint cannot satisfactorily be determined in this case on the motion addressed to the pleadings, but should await the development of the facts at the trial. Order denying the motion to strike the separate defenses unanimously affirmed, with $20 costs and disbursements to the respondent. Present — Peck, P. J., Glennon, Dore, Cohn and Callahan, JJ.